**Dismissed and Memorandum Opinion filed August 13, 2020.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-20-00450-CV

---

## TEXAS CONSTRUCTION SPECIALISTS, LLC AND MARK YOUNG, Appellants

## V.

## NAEGELI TRANSPORTATION, INC., Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1126375**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 13, 2020. The notice of appeal was filed June 12, 2020. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On July 16, 2020, this court ordered appellant to pay the appellate filing fee on or before July 31, 2020 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.